7

SASON I. ZACHARIA, Respondent, v. SAMUEL SCHULMAN, Appellant, et al., Defendants.— Appeal unanimously dismissed upon the ground that the motion to vacate was granted "without prejudice to the service of a new notice" which new notice was served. Present — Peck, P. J., Dore, Cohn and

Callahan, JJ. [Order granted plaintiff's motion to vacate notice of examination, dated July 22, 1952.]